[No. 57978-9-I.   Division One.   July 16, 2007.]

GARY L. LEHMAN ET AL., *Appellants*, v. MICHAEL D. MYERS
ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 05-2-04161-7, Nicole MacInnes, J., entered March 23, 2006. *Affirmed* by unpublished opinion per Cox, J., concurred in by Agid and Ellington, JJ.

[No. 57989-4-I.   Division One.   July 16, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANK E. SESSOMS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-08506-8, Richard D. Eadie, J., entered March 10, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 58064-7-I.   Division One.   July 16, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL O. FOX, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-09245-5, Brian D. Gain, J., entered March 20, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 58081-7-I.   Division One.   July 16, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. ALLEN J. WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 06-1-00185-5, James H. Allendoerfer, J., entered March 17, 2006. *Affirmed* by unpublished per curiam opinion.